**NEW HAVEN COUNTY, JANUARY TERM, A. D. 1791.**

### ROSE ET AL. v. HAYS.

*Tenant by the curtesy liable for waste.*

ACTION of waste by the heirs-at-law against tenant by the curtesy. General issue to the jury.

Verdict for the plaintiffs and £30 damages.

The law question made in this case was — Whether a tenant by the curtesy was liable for waste.

By the COURT. He is, and upon the same principle, in point of reason and justice as tenant in dower.

### EDWARDS, ADMINISTRATOR OF JOHN LOTHROP, v. ADMINISTRATOR OF BOTSFORD.

*A creditor who hath a claim against an insolvent estate, may appeal from the acceptance of the commissioners' return for any irregularity in their appointment or return.*

APPEAL from probate for accepting a report of commissioners upon the estate of Botsford, who went to the enemy. Stating that said report was not made and returned until two years after the expiration of their commission.

Plea in abatement — That said Lothrop had not any claim allowed by said commissioners against said Botsford's estate, nor did he exhibit any to them for allowance; although he exhibited a claim to a former set of commissioners and had it allowed; yet the report of those commissioners was set aside; and so said Lothrop was not a creditor that hath right to an appeal. Demurrer.

Judgment — Plea insufficient. Although a creditor may not appeal because his claim has not been allowed by the commissioners — but if he has an existing claim, he may appeal for any other irregularity in the proceedings of the court or of the commissioners. But one appeal fairly taken and pursued must be conclusive upon all others, as to that point.